UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EDWIN C. QUILES, SR., | ) | Case No. 08 B 10498 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

   On: **January 22, 2009**         Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   Receipts                              $10,920.90

   Disbursements                         $0.00

   Net Cash Available for Distribution   $10,920.90

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $1,842.09 | $9.27 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $2,108.75 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $132,215.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 5.265%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Fifth Third Bank | $129,468.60 | $6,816.19 |
| 2. | Chase Bank USA | $1,442.48 | $75.94 |
| 3. | FIA Card Services | $1,304.13 | $68.66 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **December 24, 2008**                                                                 For the Court,

                                                            By:    **KENNETH S. GARDNER**
                                                                   Kenneth S. Gardner
                                                                   Clerk of the U.S. Bankruptcy Court
                                                                   219 So. Dearborn St., 7th Floor
                                                                   Chicago, IL 60604

Trustee:   Charles J. Myler, ARDC#2008602
Address:   105 E. Galena Blvd., 8th Floor
           Aurora, IL 60505
Phone:     630-897-8475
Fax:       630-897-8076

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Dec 24, 2008
Case: 08-10498                Form ID: pdf002             Total Served: 33

The following entities were served by first class mail on Dec 26, 2008.
db           +Edwin C Quiles, Sr,    POB 1002,    Montgomery, IL 60538-7002
aty          +Deanna L. Aguinaga,    Aguinaga, Serrano & Low,    340 North Lake Street,    Second Floor,
               Aurora, IL 60506-4799
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
12181969     +1st Ayd,    PO Box 5298,    Elgin, IL 60121-5298
12181971     +AT&T,    PO Box 8100,    Aurora, IL 60507-8100
12181970     +Alarm Detection Systems,    1111 Church Raod,    Aurora, IL 60505-1905
12181972     +Aurora Earthmover Credit Union,    PO Box 2937,    Aurora, IL 60507-2937
12181973      Bank of America,    PO Box 17309,    Baltimore, MD 21297-1309
12561933     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12181974     +Carquest,    PO Box 503628,    St Louis, MO 63150-0001
12181975     +Chase/Bank One Card Srvs,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12181977     +David L. Hazan,    111 N. County Street,    Waukegan, IL 60085-4325
12181978     +Edwin C. Quiles, Jr,    1320 Park Drive,    Montgomery, IL 60538-1854
12181979     +Edwin Quiles, Jr,    1320 Park Drive,    Montgomery, IL 60538-1854
12181981     +Edwin’s Mont. Tire & Auto Service, Inc,    1320 Park Drive,    Montgomery, IL 60538-1854
12181980     +EdwinQuiles, Jr,    1320 Park Drive,    Montgomery, IL 60538-1854
12181982      Environmental,    PO Box 675,    Orland Park, IL 60462-0675
12832149      FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
12181983     +Fifth Third Bank,    PO Box 630337,    Cincinnati, OH 45263-0337
12554085     +Fifth Third Bank,    c/o David L Hazan,    Diver Grach Quade & Masini LLP,    111 N County St,
               Waukegan, IL 60085-4325
12181984     +GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
12181985     +Goodyear Tire and Rubber Company,    PO Box 277348,    Atlanta, GA 30384-7348
12181986     +Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
12181987     +Indiana Insurance,    6281 Tri-ridge Blvd,    Loveland, OH 45140-8345
12181988     +Inland Commercial Property,    2901 Butterfield Road,    Oak Brook, IL 60523-1190
12181989     +Irene Quiles,    512 S.,    Spencer, Aurora, IL 60505-4734
12181990     +Irene Quiles,    512 S Spencer Street,    Aurora, IL 60505-4816
12181991     +Jocelyn Quiles,    512 S Spencer Street,    Aurora, IL 60505-4816
12181993     +Jocelyn Quiles, Jr.,    512 S Spencer Street,    Aurora, IL 60505-4816
12181994     +Snap On,    825 Cypress Court,    Joliet, IL 60435-3211
12181995     +State of Illinois Department of Revenue,    PO Box 19035,    Springfield, IL 62794-9035

The following entities were served by electronic transmission on Dec 24, 2008.
12181976     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           ComEd,
               PO Box 87522,    Chicago, IL 60668-0001
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
12181992*    +Jocelyn Quiles,    512  S Spencer Street,    Aurora, IL 60505-4816
                                                                                             TOTALS: 0, * 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                           **Signature:** *Joseph Speetjens*