# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: QUILES, EDWIN C, SR            § Case No. 08-10498
                                      §
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $21,315.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $6,962.79 | Claims Discharged Without Payment: $555,446.36 |
| Total Expenses of Administration: $3,960.11 | |

3) Total gross receipts of $ 10,922.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,922.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|                                                              | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $84,900.45 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 2,118.02 | 3,960.29 | 3,960.29 | 3,960.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 11,392.12 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 551,017.03 | 132,215.21 | 132,215.21 | 6,962.79 |
| TOTAL DISBURSEMENTS | $649,427.62 | $136,175.50 | $136,175.50 | $10,922.90 |

4) This case was originally filed under Chapter 7 on April 27, 2008.
. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/23/2009          By: /s/CHARLES J. MYLER
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| single family residence Fee Owner 512 S. Spencer | 1110-000 | 10,913.52 |
| Interest Income | 1270-000 | 9.38 |
| **TOTAL GROSS RECEIPTS** | | **$10,922.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC | 4110-000 | 6,900.45 | N/A | 0.00 | 0.00 |
| Aurora Earthmover Credit Union | 4110-000 | 78,000.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$84,900.45** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,842.27 | 1,842.27 | 1,842.09 |
| Charles J. Myler | 2200-000 | N/A | 9.27 | 9.27 | 9.27 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,108.75 | 2,108.75 | 2,108.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,960.29 | $3,960.29 | $3,960.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State of Illinois Department of Revenue | 5200-000 | 11,392.12 | N/A | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $11,392.12 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank | 7100-000 | 129,468.60 | 129,468.60 | 129,468.60 | 6,818.15 |
| Chase Bank | 7100-000 | 1,442.48 | 1,442.48 | 1,442.48 | 75.96 |
| FIA Card Services, NA/Bank of | | | | | |

UST Form 101-7-TDR (4/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| America | 7100-000 | 1,304.13 | 1,304.13 | 1,304.13 | 68.68 |
| Environmental | 7100-000 | 460.81 | N/A | 0.00 | 0.00 |
| Goodyear Tire and Rubber Company | 7100-000 | 4,393.87 | N/A | 0.00 | 0.00 |
| Snap On | 7100-000 | 2,775.76 | N/A | 0.00 | 0.00 |
| Indiana Insurance | 7100-000 | 1,321.02 | N/A | 0.00 | 0.00 |
| Home Depot | 7100-000 | 1,138.96 | N/A | 0.00 | 0.00 |
| David L. Hazan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Snap On | 7100-000 | 1,656.73 | N/A | 0.00 | 0.00 |
| Inland Commercial Property | 7100-000 | 388,620.64 | N/A | 0.00 | 0.00 |
| AT&T | 7100-000 | 484.32 | N/A | 0.00 | 0.00 |
| Alarm Detection Systems | 7100-000 | 236.28 | N/A | 0.00 | 0.00 |
| 1st Ayd | 7100-000 | 138.55 | N/A | 0.00 | 0.00 |
| Carquest | 7100-000 | 14,394.27 | N/A | 0.00 | 0.00 |
| Bank of America | 7100-000 | 1,182.73 | N/A | 0.00 | 0.00 |
| ComEd | 7100-000 | 1,997.88 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $551,017.03 | $132,215.21 | $132,215.21 | $6,962.79 |

UST Form 101-7-TDR (4/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-10498  
Case Name: QUILES, EDWIN C, SR  

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 04/27/08 (f)  
§341(a) Meeting Date: 05/19/08  

Period Ending: 06/23/09  

Claims Bar Date: 11/10/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family residence Fee Owner 512 S. Spencer | 150,000.00 | 72,000.00 | | 10,913.52 | FA |
| 2 | Cash | 50.00 | 50.00 | DA | 0.00 | FA |
| 3 | AECU Christmas Club account | 540.00 | 540.00 | DA | 0.00 | FA |
| 4 | AECU savings account | 850.00 | 850.00 | DA | 0.00 | FA |
| 5 | Old Second savings account | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | Old Second savings account | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | CPU, dvd player, furnishings indlcuding dining c | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 8 | Coats, clothing, shoes | 500.00 | 500.00 | DA | 0.00 | FA |
| 9 | 1986 Oldsmobile Cutlass | 800.00 | 800.00 | DA | 0.00 | FA |
| 10 | 1997 Toyota Tercel 87035 miles | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Chevy Silverado 27000 miles | 13,375.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.38 | FA |
| 12 | Assets Totals (Excluding unknown values) | $171,315.00 | $76,940.00 | | $10,922.90 | $0.00 |

**Major Activities Affecting Case Closing:**

Final report filed 11/26/08

Initial Projected Date Of Final Report (TFR): August 31, 2008    Current Projected Date Of Final Report (TFR): November 26, 2008 (Actual)

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 08-10498  
Case Name: QUILES, EDWIN C, SR  

Taxpayer ID #: 13-7601213  
Period Ending: 06/23/09  

Trustee: CHARLES J. MYLER (330510)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****21-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/08 | {1} | Ticor Title Insurance | proceeds of sale of real estate | 1110-000 | 10,913.52 | | 10,913.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.71 | | 10,914.23 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.38 | | 10,915.61 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.38 | | 10,916.99 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.29 | | 10,918.28 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 10,919.71 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.19 | | 10,920.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.85 | | 10,921.75 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 10,922.52 |
| 01/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.38 | | 10,922.90 |
| 01/27/09 | | To Account #********2166 | Transfer to checking | 9999-000 | | 10,922.90 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,922.90 | 10,922.90 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,922.90 | |
| | | | Subtotal | | 10,922.90 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,922.90 | $0.00 | |

{} Asset reference(s)

Printed: 06/23/2009 02:17 PM    V.11.21

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-10498 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | QUILES, EDWIN C, SR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****21-66 - Checking Account |
| Taxpayer ID #: | 13-7601213 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/23/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/09 | | From Account #********2165 | Transfer to checking | 9999-000 | 10,922.90 | | 10,922.90 |
| 04/07/09 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 1,842.09 | 9,080.81 |
| 04/07/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 9.27 | 9,071.54 |
| 04/07/09 | 103 | Myler, Ruddy & McTavish | Attorney for trustee fee | 3110-000 | | 2,108.75 | 6,962.79 |
| 04/07/09 | 104 | Fifth Third Bank | SBA Loan | 7100-000 | | 6,818.15 | 144.64 |
| 04/07/09 | 105 | Chase Bank | #7005 | 7100-000 | | 75.96 | 68.68 |
| 04/07/09 | 106 | FIA Card Services, NA/Bank of America | #5934 | 7100-000 | | 68.68 | 0.00 |

|  | ACCOUNT TOTALS | 10,922.90 | 10,922.90 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 10,922.90 | 0.00 | |
|  | Subtotal | 0.00 | 10,922.90 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $10,922.90 | |

| Net Receipts : | 10,922.90 |
|---|---|
| Net Estate : | $10,922.90 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****21-65 | 10,922.90 | 0.00 | 0.00 |
| Checking # ***-*****21-66 | 0.00 | 10,922.90 | 0.00 |
| | $10,922.90 | $10,922.90 | $0.00 |